FILED
CLERK, U.S. DISTRICT COURT
JAN 19 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

cc: order, docket, remand letter to Los Angeles Superior Court, No. BC 474121

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUAN MORALES, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ABLE BUILDING MAINTENANCE CO., a California corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No.: CV11-10472 DDP (MANx)<br><br>[PROPOSED] ORDER DISMISSING FIRST CAUSE OF ACTION AND REMANDING ACTION TO STATE COURT<br><br>[F.R.C.P. 41]<br>[28 U.S.C. § 1447]<br><br>Complaint Filed: November 23, 2011<br>Courtroom<br>~~Dept.~~: 3<br>Judge: Hon. Dean D. Pregerson<br>Trial Date: Not Set |

-1-

**[PROPOSED] ORDER DISMISSING FIRST CAUSE OF ACTION AND REMANDING ACTION TO STATE COURT**

1 **IT IS HEREBY ORDERED:**

2     Having considered the stipulation by all parties and good cause appearing, Plaintiff's first cause

3 of action is dismissed without prejudice and the entire action is remanded to the Los Angeles County

4 Superior Court, case number BC474121.

*IN ADDITION, THE Scheduling Conference SET FOR MARCH 1, 2012 IS VACATED*

7 Dated: _____, 2011

*1-19-12*

By: _____
Honorable Dean D. Pregerson

-2-

**[PROPOSED] ORDER DISMISSING FIRST CAUSE OF ACTION AND REMANDING ACTION TO STATE COURT**