```
                              FILED
              CLERK, U.S. DISTRICT COURT

                   JAN 1 9 2012

              CENTRAL DISTRICT OF CALIFORNIA
              BY                        DEPUTY
```

cc: order, docket, remand
letter to Los Angeles Superior
Court, No. BC 474121

*A5-6*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUAN MORALES, an individual, | Case No.: CV11-10472 DDP (MANx) |
| Plaintiff, | [PROPOSED] ORDER DISMISSING FIRST CAUSE OF ACTION AND REMANDING ACTION TO STATE COURT |
| vs. | |
| ABLE BUILDING MAINTENANCE CO., a California corporation, and DOES 1 through 20, inclusive, | [F.R.C.P. 41] [28 U.S.C. § 1447] |
| | Complaint Filed: November 23, 2011 |
| Defendants. | COURTROOM Dept.: 3 Judge: Hon. Dean D. Pregerson Trial Date: Not Set |

-1-

**[PROPOSED] ORDER DISMISSING FIRST CAUSE OF ACTION AND REMANDING ACTION TO STATE COURT**

**IT IS HEREBY ORDERED:**

Having considered the stipulation by all parties and good cause appearing, Plaintiff's first cause of action is dismissed without prejudice and the entire action is remanded to the Los Angeles County Superior Court, case number BC474121.

*IN ADDITION, THE Scheduling Conference SET FOR MARCH 1, 2012 is VACATED*

Dated: _____, 2011

*1-19-12*

By: _____
Honorable Dean D. Pregerson

-2-

[PROPOSED] ORDER DISMISSING FIRST CAUSE OF ACTION AND REMANDING ACTION TO STATE COURT